Daniel M. Cislo (State Bar No. 125,378)
Mark D. Nielsen (State Bar No. 210,023)
Cislo & Thomas LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, CA  90045
Telephone:  (310) 451-0647
Facsimile:   (310) 394-4477

Angelo Notaro (*pro hac vice*)
John Zaccaria (*pro hac vice*)
Notaro & Michalos P.C.
100 Dutch Hill Road, Suite 110
Orangeburg, New York 10962
Telephone: (845) 359-7700
Facsimile:   (845) 359-7798

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

---

| | |
|---|---|
| HARRY MASON, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALMOND INTERNATIONAL, INC., a New York corporation; AURAFIN, LLC, a Florida corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. C 05 3911 SC<br>[Hon. Samuel Conti]<br><br>**REQUEST OF ALMOND INTERNATIONAL, INC. TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**<br><br>Date: April 28, 2006<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Ave., Courtroom 1, 17th Floor, San Francisco, California 94102 |

## REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

Pursuant to Local Rule 16-10(a) and Fed. R. Civ. P. 1, Angelo Notaro, lead trial counsel for Almond International, Inc., hereby requests authorization to participate in the initial case management conference, scheduled for April 28, 2006, at 10:00 a.m., by telephone to avoid the travel time, attorneys' fees and travel costs for round trip travel between New York and San Francisco. If a personal appearance is required, Mr. Notaro will need to travel to San Francisco most of the day before the conference and to travel most of the day after the conference to return to New York. There does not appear to be any case management or scheduling issues on which the parties disagree. If this request is granted, Mr. Notaro will be responsible for arranging to call the court at a designated number at the time of the conference or, alternatively, Mr. Notaro can be contacted on the day of the conference at: (845) 359-7700. Favorable consideration in this request is respectfully solicited.

Respectfully submitted,

NOTARO & MICHALOS P.C.

Dated: April 6, 2006

By /s/ Angelo Notaro
Angelo Notaro, Esq.
John Zaccaria, Esq.

Attorneys for Defendant
ALMOND INTERNATIONAL, INC.

[PROPOSED] ORDER

Counsel for Almond International, Inc., Angelo Notaro, shall participate in the initial case management conference, scheduled for April 28, 2006, at 10:00 a.m.

_____ The Court will be telephoned by _____ and time of the conference at the following telephone number: _____

_____ The Court will contact Mr. _____ at (___) 559-7700.

**DENIED**
Judge Samuel Conti

Dated this ___ of April 2006

                                                      _____
                                                      Hon. Samuel Conti
                                                      United States District Judge