1  I. Morley Drucker (State Bar No. 29505)
   John V. Hanley (State Bar No. 162851)
2  Jennifer L. Webber (State Bar No. 204211)
   FULWIDER PATTON LLP
3  Howard Hughes Center
   6060 Center Drive, Tenth Floor
4  Los Angeles, California 90045
   Telephone: (310) 824-5555
5  Facsimile: (310) 824-9696
   E-mail: docketla@fulpat.com
6
   Attorneys for Plaintiff Harry Mason, Inc.
7

8  Daniel M. Cislo (State Bar No. 125,378)
   Mark D. Nielsen (State Bar No. 210023)
9  CISLO & THOMAS, LLP
   233 Wilshire Boulevard, Suite 900
10 Santa Monica, California 90401
   Telephone: (310) 451-0647
11 Telefax: (310) 394-4477

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | HARRY MASON, INC., | CASE NO. C 05 3911 SC |
   |---|---|
16 | Plaintiff, | Assigned to The Hon. Samuel Conti Dept. 1 |
17 | v. | Complaint Filed: September 27, 2005 |
18 | ALMOND INTERNATIONAL, AURAFIN, LLC, AND DOES 1 THROUGH 25, | STIPULATION OF DISMISSAL OF DEFENDANT AURAFIN LLC F.R.C.P. 41(a)(2) |
19 | | |
20 | Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Harry Mason, Inc. (herein "HM") and Defendant Aurafin LLC (herein "AURAFIN"), through their designated counsel, that HM's claims against AURAFIN in the above-captioned litigation be dismissed with prejudice.

The parties further stipulate that an Order of Dismissal in the form attached hereto as Exhibit 1 may be entered by the Court.

DATED: 7-18-06

Respectfully submitted,

FULWIDER PATTON LLP

By: _____
I. Morley Drucker
Jennifer L. Webber
Attorneys for Plaintiff Harry Mason, Inc.

DATED: 7-17-06

CISLO & THOMAS LLC

By: _____
Daniel M. Cislo
Mark D. Nielsen
Attorneys for Defendant Aurafin LLC.

130466.1

STIPULATION OF DISMISSAL OF DEF AURAFIN LLC
Civil Action No. C 05 3911 SC

1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY MASON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALMOND INTERNATIONAL, AURAFIN, LLC, AND DOES 1 THROUGH 25,<br><br>    Defendants. | CASE NO. C 05 3911 SC<br><br>Assigned to The Hon. Samuel Conti<br>Dept. 1<br>Complaint Filed: September 27, 2005<br><br>[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT AURAFIN LLC<br>F.R.C.P. 41(a)(2) |

Pursuant to a settlement agreement entered into by and between Plaintiff Harry Mason, Inc. and Defendant Aurafin LLC, Plaintiff has agreed to lodge with this court a request dismissing with prejudice all claims stated in its complaint against Aurafin LLC. Plaintiffs have filed an application for such a dismissal and the Court, determines that there is good cause for the entry of such an order of dismissal.

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS
2  FOLLOWS:
3      1.  All claims stated in Plaintiff's complaint against Defendant Aurafin
4  LLC are hereby dismissed with prejudice.
5      2.  Notwithstanding the above dismissal, this Court shall retain jurisdiction
6  for the purpose of interpreting and enforcing the parties' settlement agreement.
7
8  DATED:  7/25/06
9
10                                              By: _____
11                                                  Samuel ...
12                                                  United ...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Samuel Conti]*

130471.1  [PROPOSED] ORDER OF DISMISSAL OF DEF AURAFIN LLC          1
          Civil Action No. C 05 3911 SC