1  I. Morley Drucker (State Bar No. 29505)
   John V. Hanley (State Bar No. 162851)
2  Jennifer L. Webber (State Bar No. 204211)
   FULWIDER PATTON LLP
3  Howard Hughes Center
   6060 Center Drive, Tenth Floor
4  Los Angeles, California 90045
   Telephone: (310) 824-5555
5  Facsimile: (310) 824-9696
   E-mail: docketla@fulpat.com
6
   Attorneys for Plaintiff Harry Mason, Inc.
7

8  Daniel M. Cislo (State Bar No. 125,378)
   Mark D. Nielsen (State Bar No. 210023)
9  CISLO & THOMAS, LLP
   233 Wilshire Boulevard, Suite 900
10 Santa Monica, California 90401
   Telephone: (310) 451-0647
11 Telefax: (310) 394-4477

12 Angelo Notaro (pro hac vice)
   John Zaccaria (pro hac vice)
13 Notaro & Michalos P.C.
   100 Dutch Hill Road, Suite 110
14 Orangeburg, New York 10962
   Telephone: (845) 359-7700
15 Facsimile: (845) 359-7798

16 Attorneys for Defendant Almond International, Inc.

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  HARRY MASON, INC., | CASE NO. C 05 3911 SC |
| 21       Plaintiff, | Assigned to The Hon. Samuel Conti Dept. 1 |
| 22       v. | Complaint Filed: September 27, 2005 |
| 23  ALMOND INTERNATIONAL, INC. AURAFIN, LLC, AND DOES 1 | STIPULATION OF DISMISSAL OF DEFENDANT ALMOND |
| 24  THROUGH 25, | INTERNATIONAL, INC. F.R.C.P. 41(a)(2) |
| 25       Defendant. | |

26

27

28

148671.1    STIPULATION OF DISMISSAL OF DEF ALMOND INT'L
            Civil Action No. C 05 3911 SC

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Harry Mason, Inc. (herein "HM") and Defendant Almond International, Inc. (herein "ALMOND"), through their designated counsel, that HM's claims against ALMOND in the above-captioned litigation be dismissed with prejudice.

The parties further stipulate that an Order of Dismissal in the form attached hereto as Exhibit 1 may be entered by the Court.

DATED: 12/28/06

Respectfully submitted,

FULWIDER PATTON LLP

By: _____
I. Morley Drucker
Jennifer L. Webber
Attorneys for Plaintiff Harry Mason, Inc.

DATED: 12/27/06

CISLO & THOMAS LLC and NOTARO & MICHALOS P.C.

By: _____
Angelo Notaro
John Zaccaria
Attorneys for Defendant Almond International, Inc.

148671.1

STIPULATION OF DISMISSAL OF DEF ALMOND INT'L
Civil Action No. C 05 3911 SC

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY MASON, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALMOND INTERNATIONAL, INC. AURAFIN, LLC, AND DOES 1 THROUGH 25, <br><br> Defendants. | CASE NO. C 05 3911 SC <br><br> Assigned to The Hon. Samuel Conti <br> Dept. 1 <br> Complaint Filed: September 27, 2005 <br><br> [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT ALMOND INTERNATIONAL, INC. <br> F.R.C.P. 41(a)(2) |

Pursuant to a settlement agreement entered into by and between Plaintiff Harry Mason, Inc. and Defendant Almond International, Inc., Plaintiff has agreed to lodge with this court a request dismissing with prejudice all claims stated in its complaint against Almond International Inc. Plaintiff has filed an application for such a dismissal and the Court has determined that there is good cause for the entry of such an order of dismissal.

Exh 1, p 1

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS
2 FOLLOWS:
3     1.    All claims stated in Plaintiff's complaint against Defendant Almond
4 International, Inc. are hereby dismissed with prejudice.

6 DATED:  1/8/07

8                                 By: _____
9                                      Samuel Conti
                                      United States Dis...

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti — United States District Court, Northern District of California]*

*[Handwritten: Exh. 1, p. 2]*